UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HEATHER THOMPSON,

                             **Plaintiff,**                      22-CV-02632 (ER)(SN)

               -against-                             **ORDER**

ANTHONY ANNUCCI, et al.,

                             **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On August 17, 2022, the Honorable Edgardo Ramos assigned this matter to my docket for settlement. By August 25, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                            _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     August 18, 2022
                New York, New York