USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HEATHER ANN THOMPSON,

                            **Plaintiff,**                             22-CV-02632 (ER)(SN)

            -against-                                     **ORDER**

ANTHONY J. ANNUCCI, et al.,

                            **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A conference is scheduled for Thursday, November 10, 2022, at 1:00 p.m. to discuss the remaining disputed terms of the settlement agreement. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. The Court encourages the parties to meet and confer in advance of the conference.

**SO ORDERED.**

                                                           _____
                                                           SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     November 1, 2022
                 New York, New York