UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HEATHER ANN THOMPSON,

                    **Plaintiff,**                  22-CV-02632 (ER)(SN)

     -against-                                 <u>ORDER</u>

ANTHONY J. ANNUCCI, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The conference currently scheduled for Thursday, November 10, 2022, at 1:00 p.m. is RESCHEDULED for Tuesday, November 15, 2022, at 2:30 p.m.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 7, 2022
              New York, New York